WOOLEY v. THE JUNCTION RAILROAD COMPANY.

APPEAL from the *Union* Common Pleas.

FRAZER, C. J.—This case is presented upon the sole question of the sufficiency of the evidence to support the verdict. The case is not clear enough to justify a reversal.

The judgment is affirmed, with costs.

*J. Yaryan*, for appellant.

*J. S. Reid*, for appellee.